**Opinion issued January 30, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00681-CV

———————————

## IN THE INTEREST OF J.A.M.V. AKA J.A.M.

———————————

## On Appeal from the 313th District Court
## Harris County, Texas
## Trial Court Case No. 2012-04355J

———————————

### MEMORANDUM OPINION

Appellant, R.V.O., appeals the trial court's final order terminating her parental rights to the minor child, J.A.M.V. aka J.A.M. Appellant's appointed counsel has filed a motion to withdraw, along with an *Anders* brief, asserting that the appeal is without merit and that there are no arguable grounds for reversal. *See*

*Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). We affirm the trial court's judgment and grant counsel's motion to withdraw.

The procedures set forth in *Anders* are applicable to an appeal from a trial court's order terminating parental rights when, as here, the appellant's appointed appellate counsel concludes that there are no non-frivolous issues to assert on appeal. *See In re D.D.*, 279 S.W.3d 849, 849–50 (Tex. App.—Dallas 2009, pet. denied); *In re D.E.S.*, 135 S.W.3d 326, 329–30 (Tex. App.—Houston [14th Dist.] 2004, no pet.); *In re K.D.*, 127 S.W.3d 66, 67 (Tex. App.—Houston [1st Dist.] 2003, no pet.).

Counsel has filed an *Anders* brief in which he concludes that, after a thorough review of the record, appellant's appeal of the termination of her parental rights is frivolous and without merit. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *In re D.E.S.*, 135 S.W.3d at 327, 330; *In re K.D.*, 127 S.W.3d at 67. Counsel has certified that he delivered a copy of the brief to appellant and has informed appellant of her right to examine the appellate record and to file a response. *See In re K.D.*, 127 S.W.3d at 67. This Court has also notified appellant of her right to review the record and file a pro se response. Appellant has not filed a response.

We have independently reviewed the entire record and counsel's *Anders* brief. *See In re D.E.S.*, 135 S.W.3d at 330; *In re K.D.*, 127 S.W.3d at 67. We agree with counsel's assessment that the appeal is frivolous and without merit.

2

Accordingly, we affirm the judgment of the trial court and grant counsel's motion to withdraw.[1] Attorney, Donald M. Crane, must immediately send the notice required by Texas Rule of Appellate Procedure 6.5(c) and file a copy of the notice with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c).

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.

---

[1] Appointed counsel still has a duty to inform appellant of the result of this appeal and notify appellant that she may, on her own, pursue a petition for review in the Supreme Court of Texas. *See In re K.D.*, 127 S.W.3d 66, 68 n.3 (Tex. App.—Houston [1st Dist.] 2003, no pet.).